**Electronically Filed**
**Supreme Court**
**SCPW-16-0000322**
**05-MAY-2016**
**02:07 PM**

SCPW-16-0000322

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

SEONG HO JI and GX AUTO, INC., Petitioners,

vs.

THE HONORABLE HILARY BENSON GANGNES, Judge of the
District Court of the First Circuit, Honolulu Division,
State of Hawaiʻi, Respondent Judge

and

KAALAWAI HOLDINGS LLC dba UNITED TRUCK RENTAL
and SIONE VIMAHI aka SIONE VINMAHI, Respondents.

ORIGINAL PROCEEDING
(CIV. No. 1RC15-1-7933)

ORDER DENYING MOTION FOR EXPEDITED REVIEW OF
PETITION FOR WRIT OF MANDAMUS AND/OR PROHIBITION
(By: Pollack, J.)

Upon consideration of Petitioner Seong Ho Ji and GX
Auto, Inc.'s motion for expedited review of the petition for writ
of mandamus and/or prohibition, filed April 13, 2016, and the
record,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, May 5, 2016.

/s/ Richard W. Pollack

Associate Justice